# Court of Appeals
# of the State of Georgia

ATLANTA,  September 23, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0413. KIM CAMILLE FLORENCE v. JERRIE DEAN RYLES-FLORENCE.

On June 11, 2025, we granted Kim Camille Florence's application for discretionary review of a trial court order denying her application for an arrest warrant. See Case No. A26D0406 (Jun. 11, 2025). Our order notified Florence that she had ten days from the date of the order to file a notice of appeal. See OCGA § 5-6-35 (g). Sixteen days later, on June 27, 2025, Florence filed a notice of appeal. We lack jurisdiction.

The timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *White v. White*, 188 Ga. App. 556, 556 (373 SE2d 824) (1988). Because Florence failed to file her notice of appeal within ten days of our order granting her application, the notice of appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction. See OCGA § 5-6-35 (g); *White*, 188 Ga. App. at 557.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/23/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*